# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:   Clayton Lemont Spruill, XXX-XX-8584                                   Chapter 13
                                                                               Case No.:  12-70904-SCS

Debtor*

## ORDER CONFIRMING MODIFIED PLAN

The debtor(s) plan filed on March 15, 2012, [If appropriate, as modified by a "modification" filed on Thursday, December 5, 2013,] having been transmitted to his/her creditors; and it having been determined after notice and a hearing that:

(1) the plan complies with the provisions of this chapter and with other applicable provisions of this title;

(2) any fee, charge, or amount required under 28 U.S.C. Chapter 123 or by the plan, to be paid before confirmation, has been paid;

(3) the plan has been proposed in good faith and not by any means forbidden by law;

(4) the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor is liquidated under 11 U.S.C. Chapter 7 on such date;

(5) with respect to each allowed secured claim provided for by the plan --

(A) the holder of such claim has accepted the plan;
(B)(i)   the plan provides that the holder of such claim retain the lien securing such claim; and
(B)(ii)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
(C) the debtor surrenders the property securing such claim to such holder, and

(6) the debtor will be able to make all payments under the plan and to comply with the plan;

**It is ORDERED that:**

(1) The debtor(s) plan [if appropriate, as modified] be and it is hereby confirmed, and any Order Allowing Claims hereto entered in this case is hereby amended to include any claims added or supplemented by this plan.

(2) **On, March 31, 2012 and each month thereafter until further order, Chesapeake City Schools the employer of the debtor, shall deduct from the wages, salary, or commissions of the debtor and pay to:**

| | |
|---|---|
| **$537.00 FOR 22 MONTHS STARTING MAR 2012, THEN $679.00 FOR 38 MONTHS STARTING JAN 2014.** | **MAIL PAYMENT ONLY TO:** **R. Clinton Stackhouse, Jr. Chapter 13 Trustee P.O. Box 79993 Baltimore, MD 21279-0993** |
| **TOTAL FUNDING:  $37,616.00** | |

**It is ORDERED that:**

All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the registry of the Court, at the discretion of the Trustee.

All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) within 30 days of receipt. Such refunds shall be mailed to the Debtor(s) at their address of record.

Subsequent to entry of any order of dismissal or conversion, the Debtor(s) shall not physically visit or appear at the Chapter 13 Trustee's office for any reason, without being accompanied by their attorney of record. This provision of this Order shall survive any subsequent order and the Court retains jurisdiction to enforce the terms of this provision of this Order.

The Debtor(s) shall not sell, transfer, acquire, encumber, refinance, or enter into a loan modification for real or tangible personal property in excess of $5,000.00 in value, without first sending to the Chapter 13 Trustee notice and a complete disclosure of the terms of the proposed sale, purchase, or refinance, affording the Trustee 30 days to request a hearing.

BY THE COURT

Dated: Feb 6 2014

/s/ Frank J. Santoro

\* Include all names used by debtor within last 6 years.

Entered on Docket: Feb 6 2014

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435

Office Of The U.S. Trustee
Room 625, Federal Building
200 Granby Hall
Norfolk, VA 23510246,360

Clayton Lemont Spruill
2640 Archdale Drive
Virginia Beach, VA  23456

James L Pedigo Jr
500 E Main St Suite 1230
Norfolk, VA  23510

Chesapeake City Schools
ATTN:  Payroll Dept.
312 Cedar Road
Chesapeake, VA  23322