UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

CLAYTON LEMONT SPRUILL,   Case No. 12-70904-SCS
Chapter 13

Debtors.

US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
PRP ii PALS INVESTMENTS TRUSTS,

Plaintiff

v.

CLAYTON LEMONT SPRUILL,
And R. CLINTON STACKHOUSE, JR., TRUSTEE,

Defendants

## ANSWER

**COMES NOW** the debtor by counsel, and for his answer to the Motion For Relief from Stay, herein, represents as follows:

1. The allegations contained in paragraphs 1, 2, 3, 4, and 13, are hereby admitted.

2. The allegations contained in paragraphs 5, 6, 7, 8, 10, 11, 12, and 14, are neither admitted nor denied and strict proof thereof is demanded.

James L. Pedigo, Jr., Esquire (VSB #30796)
Counsel for the Debtors
HARBOUR LAW, P.L.C.
500 East Main Street, Suite 1230
Norfolk, Virginia 23510
Email: Pedigo@HarbourLaw.us
(757) 622-1621

3. The allegations contained in paragraph 15, are hereby denied.

4. Furthermore, the real estate located at **2640 Archdale Drive, Virginia Beach, VA 23456**, is necessary for the effective reorganization of the debtor.

**WHEREFORE,** the Debtor prays that the motion for relief be dismissed; that the relief requested be denied; and for such other and further relief as in the premises may seem met.

**CLAYTON LEMONT SPRUILL,**

By /s/ James L. Pedigo, Jr.
Of Counsel

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Answer was mailed and/or electronically forwarded this 18th day of August , 2016, to Melissa M. Watson Goode, Esquire, Glasser and Glasser, P.L.C., Crown Center Ste 600, 580 East Main Street, Norfolk, VA 23510; R. Clinton Stackhouse, Trustee, 7021 Harbourview Blvd Ste 101, Suffolk, VA 23435; and the debtor, 2640 Archdale Drive, Virginia Beach, VA 23456.

/s/ James L. Pedigo, Jr.
James L. Pedigo, Jr.