UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:

CLAYTON LEMONT SPRUILL,

    Debtor.                                                                                  Case No.: 12-70904-SCS

US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST,

    Plaintiff.                                                                                  Chapter 13

v.

CLAYTON LEMONT SPRUILL,
LISA M. SPRUILL, Co-Debtor,
R. CLINTON STACKHOUSE, JR. Trustee,

    Defendants.

<u>ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY AS TO THE CO-DEBTOR</u>

       COMES NOW the Plaintiff, US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, by counsel, on its Motion for Relief from the Automatic Stay it filed herein and was argued by counsel.

       UPON CONSIDERATION WHEREOF, it appearing to the Court that the Plaintiff wishes to withdraw its Motion as to the Co-Debtor pursuant to the Co-Debtor not being obligated on the indebtedness; it is therefore

Melissa M. Watson Goode, VSB #73516
Robyn D. Pepin, VSB #77784
Kelly Rae Gring, VSB #75999
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
757-625-6787
Attorneys for US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust

      ORDERED that the Motion for Relief from the Automatic Stay filed herein be, and hereby is, withdrawn without prejudice.

      ENTER this _____ day of _____, 2016.     (Oct 17 2016)

                                    /s/ Frank J. Santoro
                                          JUDGE

Notice of Judgment or Order entered:

Oct 18, 2016

I ask for this:

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode, Attorney for Plaintiff

### CERTIFICATE

      I hereby certify that on October 11, 2016, a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties: James L. Pedigo, Jr., Attorney for Debtor, at 500 East Main Street, Suite 1230, Norfolk, VA 23510; to R. Clinton Stackhouse, Jr., Trustee, at 7021 Harbour View Boulevard, Suite 101, Suffolk, VA 23435; to Clayton Lemont Spruill, Debtor, at 2640 Archdale Drive, Virginia Beach, VA 23456; and to Lisa M. Spruill, Co-Debtor, at 509 Lancelot Court, Virginia Beach, VA 23464.

                                    /s/ Melissa M. Watson Goode
                                      Melissa M. Watson Goode

PARTIES TO RECEIVE COPIES:

James L. Pedigo, Jr., Esquire (Via electronic transmittal)

R. Clinton Stackhouse, Jr., Trustee (Via electronic transmittal)

Clayton Lemont Spruill
2640 Archdale Drive
Virginia Beach, VA 23456

Lisa M. Spruill
509 Lancelot Court
Virginia Beach, VA 23464

Melissa M. Watson Goode, Esquire (Via electronic transmittal)